IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ARTISAN AND TRUCKERS**                                               **PLAINTIFF**
**CASUALTY COMPANY**

**v.**                       **Case No. 2:17-cv-00056-KGB**

**MANUAL SALAZAR,** *et al.*                                        **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to dismiss with prejudice (Dkt. No. 91). The parties state that they have reached a settlement agreement regarding all issues in this matter (*Id.*, ¶ 1). Accordingly, the parties respectfully request that the Court enter an order of dismissal with prejudice (*Id.*, ¶ 2). All parties who have entered an appearance have consented to this motion, and all parties' consent is indicated by signatures on the motion (*Id.*, ¶ 3). For good cause shown, the Court grants the parties' joint motion to dismiss with prejudice (Dkt. No. 91). The action is dismissed with prejudice, and each party shall bear its own costs and attorneys' fees. Accordingly, the Court also denies as moot all other currently pending motions in this matter (Dkt. Nos. 65, 66, 82).

So ordered this the 10th day of January 2020.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge